# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HAROLD PASHION MORGAN,

    Petitioner,

vs.

WARDEN,

    Respondent.

Case No. CV 11-07380-DMG (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: February 27, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE