I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-29-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
FEB 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PASHION MORGAN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 11-07380-DMG (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: February 27, 2012

　　　　　　　　　　　　　　　　_Dolly M. Gee_
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY